IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                              CASE NO.  4:18-CR-00241-BSM-1

JIMMY DAVID MCVAY                                                            DEFENDANT

## ORDER

Jimmy McVay's motion to reduce his sentence [Doc. No. 39] is denied because the retroactive application of Amendment 821 to the Federal Sentencing Guidelines does not reduce his sentencing range.  This is true because the amendment merely reduces his criminal history points from fifteen to fourteen, and therefore his criminal history category remains at level VI. His other arguments for a sentence reduction are without merit.

IT IS SO ORDERED this 9th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE